RECEIVED
FEB 1 2 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

J

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| ASHLEY GARDNER | * | CIVIL ACTION NO. 07-2215 |
| VERSUS | * | JUDGE HAIK |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED,** and this matter is hereby DISMISSED WITH PREJUDICE.

Lafayette, Louisiana, this 12 day of February, 2009.

COPY SENT:
DATE: 2-12-09
BY: CL
TO: qb

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE